UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WALTER ENERGY, INC., *et al.*, | § | Case No. 15–02741–TOM11 |
| Debtors.[1] | § | |
| | § | Jointly Administered |

| | | |
|---|---|---|
| DOMINION RESOURCES BLACK | § | |
| WARRIOR TRUST, by and through its | § | |
| TRUSTEE, SOUTHWEST BANK, | § | Adversary No. 15-00102-TOM |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| WALTER BLACK WARRIOR BASIN LLC, | § | |
| THE STEERING COMMITTEE, | § | |
| Defendants. | § | |

## PLAINTIFF DOMINION RESOURCES BLACK WARRIOR TRUST'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Dominion Resources Black Warrior Trust ("Dominion") by and through its Trustee, Southwest Bank, hereby files this Notice of Voluntary Dismissal Without Prejudice and respectfully states as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Walter Energy, Inc. (9953); Atlantic Development and Capital, LLC (8121); Atlantic Leaseco, LLC (5308); Blue Creek Coal Sales, Inc. (6986); Blue Creek Energy, Inc. (0986); J.W. Walter, Inc. (0648); Jefferson Warrior Railroad Company, Inc. (3200); Jim Walter Homes, LLC (4589); Jim Walter Resources, Inc. (1186); Maple Coal Co., LLC (6791); Sloss-Sheffield Steel & Iron Company (4884); SP Machine, Inc. (9945); Taft Coal Sales & Associates, Inc. (8731); Tuscaloosa Resources, Inc. (4869); V Manufacturing Company (9790); Walter Black Warrior Basin LLC (5973); Walter Coke, Inc. (9791); Walter Energy Holdings, LLC (1596); Walter Exploration & Production LLC (5786); Walter Home Improvement, Inc. (1633); Walter Land Company (7709); Walter Minerals, Inc. (9714); and Walter Natural Gas, LLC (1198). The location of the Debtors' corporate headquarters is 3000 Riverchase Galleria, Suite 1700, Birmingham, Alabama 35244-2359.

518140 000026 15630301.2

1

1. On August 11, 2015, Dominion filed its original complaint against Defendant Walter Black Warrior Basin LLC ("Walter Black"), thereby commencing this adversary proceeding ("Adversary Proceeding").[2]

2. On August 24, 2015, the Bankruptcy Court entered an order authorizing the Steering Committee to intervene in this Adversary Proceeding.[3]

3. Neither Walter Black nor the Steering Committee has filed an answer or a motion for summary judgment in the Adversary Proceeding.

4. Accordingly, Dominion hereby dismisses, without prejudice, this Adversary Proceeding pursuant to Federal Rule of Civil Procedure 41(a) as incorporated herein by Federal Rule of Bankruptcy Procedure 7041. Consistent therewith, this dismissal shall be without prejudice to Dominion's right to assert any future claims against the Walter Black or the Steering Committee.

[SIGNATURE BLOCK ON NEXT PAGE]

---

[2] Dkt. No. 1.

[3] Dkt. No. 38. As used herein, the term "Steering Committee" shall have the meaning ascribed to such term in the Court's order authorizing the Steering Committee to intervene.

Dated: September 1, 2015

Respectfully Submitted,

BENTON & CENTENO, LLP

By: /s/ Lee R. Benton

Lee R. Benton (Bar No. AS-8421-E63L)
Jamie A. Wilson (Bar No. ASB 8149-E58T)
2019 Third Avenue North
Birmingham, Alabama 35203
Telephone: (205) 278-8000
Facsimile: (205) 278-3492
Email: lbenton@bcattys.com
       jwilson@bcattys.com

-and-

Tye C. Hancock (Admitted Pro Hac Vice)
Robert L. Paddock (Admitted Pro Hac Vice)
Joseph E. Bain (Admitted Pro Hac Vice)
THOMPSON & KNIGHT LLP
333 Clay Street, Suite 3300
Houston, Texas 77002
Telephone: (713) 654-8111
Facsimile: (713) 654-1871
Email: tye.hancock@tklaw.com
       robert.paddock@tklaw.com
       joseph.bain@tklaw.com

ATTORNEYS FOR THE DOMINION RESOURCES
BLACK WARRIOR TRUST

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2015, I electronically filed the **PLAINTIFF DOMINION RESOURCES BLACK WARRIOR TRUST'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court using the CM-ECF system, and served a copy of the above and foregoing, the parties listed below.

VIA US MAIL AND CERTIFIED MAIL RETURN RECEIPT REQUESTED:
Walter Black Warrior Basin, LLC
C/O CT Corporation System, Registered Agent
2 North Jackson St. Ste. 605
Montgomery, Alabama 36104

Counsel for Debtor:
Patrick Darby (pdarby@babc.com)
Jay Bender (jbender@babc.com)
Kelly Cornish (kcornish@paulweiss.com)
Claudia R. Tobler (ctobler@paulweiss.com)

Counsel for the Steering Committee:
Michael Leo Hall (mhall@burr.com)
D. Christopher Carson (ccarson@burr.com)
Hanna Lahr (hlahr@burr.com)
Ira S. Dizengoff (idizengoff@akingump.com)
Marty L. Brimmage, Jr. (mbrimmage@akingump.com)
Kristie G. Manoukian (kmanoukian@akingump.com)
James Savin (jsavin@akingump.com)

/s/ Jamie A. Wilson
Jamie A. Wilson